# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

159624 & (81)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KIRK LEAPHART,
            Plaintiff-Appellant,

v

STATE OF MICHIGAN,
            Defendant-Appellee.
_____/

SC:  159624
COA:  343136
Court of Claims:  17-000130-MZ

On order of the Court, the application for leave to appeal the April 16, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to expedite and appear is DENIED.



b0127

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk